COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-13-00179-CV |
| Style: | Linda Hernandez, Jose Hernandez, Javier Vasquez, Claudia Gil, Raul Vasquez and Virginia Vasquez |
| | **v** Abraham, Watkins, Nichols Sorrels & Friend, A Texas General Partnership, Randall Sorrels and Bernardino Agosto, Jr. |
| Date motion filed*: | June 19, 2013 |
| Type of motion: | Motion to Exceed Word Limit in Appellants' Brief |
| Party filing motion: | Appellants |
| Document to be filed: | Brief |

If motion to extend time:

| | |
|---|---|
| Deadline to file document: | July 1, 2013 |
| Number of previous extensions granted: | |
| Length of extension sought: | |

Ordered that motion is:

☑ Granted **in part**
If document is to be filed, document due:

☐ The Clerk is instructed to file the document as of the date of this order
☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

**Appellants' brief may not exceed 17,500 words. *See* TEX. R. APP. P. 9.4(i)(2)(B), (i)(4). The aggregate of all briefs filed by appellants must not exceed 27,000 words. *See* TEX. R. APP. P. 9.4(i)(2)(B).**

Judge's signature: /s/ Laura C. Higley
☑ Acting individually    ☐ Acting for the Court

Panel consists of _____.

Date: June 25, 2013

November 7, 2008 Revision